# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-23-00338-CV

### In re Jeffery D. Tolson

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Jeffrey D. Tolson has filed a petition for writ of mandamus complaining of the district court's alleged failure to comply with Texas Rule of Civil Procedure 18a, concerning the recusal and disqualification of judges. A relator seeking mandamus relief has the burden of providing the Court with a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). By rule, the relator must file with the petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding." Tex. R. App. P. 52.7(a)(1). Here, Mr. Tolson has provided no sworn record or exhibits in support of his submission. Accordingly, the petition is denied. *See* Tex. R. App. P. 52.8.

_____

Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Smith

Filed: June 23, 2023